# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRIAN M. DUBUQUE | ) | Civil Action No. 8:23-cv-01200-DJS |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Hon. Daniel J. Stewart |
| v. | ) | United States Magistrate Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| *Defendant.* | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,                                              Brian M. Dubuque,

By Her Attorneys                                           By His Attorney

Carla B. Freedman,
United States Attorney

*/s/ Geoffrey M. Peters*                               */s/  Mark Schneider* [1]
Geoffrey M. Peters                                       Mark Schneider
Special Assistant United States Attorney     Schneider & Palcsik
NDNY Bar Roll No. 704027                        57 Court Street
Office of Program Litigation, Office 2          Plattsburgh, NY 12901

---

[1] Signed with Mr. Schneider's consent obtained by email by SAUSA Geoffrey M. Peters.

Office of the General Counsel              Tel.: 518-566-6666
Social Security Administration             mark@northcountrylaw.com
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

## IT IS SO ORDERED:

Daniel J. Stewart
U.S. Magistrate Judge

Dated: ___12/21/2023___

Albany, NY